*Friday,
June 8.*

FRANCIS and Another *v.* DUCKWORTH.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Bill in chancery to set aside a fraudulent conveyance. Decree below for the plaintiff. The case is upon the weight of evidence. We think the decree below was right upon that, and, hence, it must be affirmed with costs.

*D. Wallace, E. Coburn* and *R. L. Walpole,* for the appellants.

*L. Barbour* and *A. G. Porter,* for the appellee.